NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ESSOCIATE, INC.,**
*Plaintiff-Appellant,*

v.

**CLICKBOOTH.COM, LLC,**
*Defendant-Appellee,*

AND

**4355768 CANADA INC., DBA CRAKMEDIA,**
*Defendant-Appellee.*

2015-1332, -1333

Appeals from the United States District Court for the Central District of California in Nos. 8:13-cv-01886-JVS-DFM and 8:14-cv-00679-JVS-DFM, Judge James V. Selna.

**O R D E R**

The above appeals appear to be related.

Accordingly,

It Is Ordered That:

The appeals are consolidated. The revised official caption is reflected above. Appellants' opening brief is due April 14, 2015.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s31