**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Essociate, Inc. v. Clickbooth.com, LLC, et al.

No. 15-1332, 15-1333

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✓] As counsel for:    Clickbooth.com, LLC
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [✓] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Darren M. Franklin |
| Law firm: | Sheppard, Mullin, Richter & Hampton LLP |
| Address: | 333 South Hope Street, 43rd Floor |
| City, State and ZIP: | Los Angeles, CA 90071 |
| Telephone: | 213.620.1780 |
| Fax #: | 213.620.1398 |
| E-mail address: | dfranklin@sheppardmullin.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/19/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 3/4/2015 | /s/ Darren M. Franklin |
| Date | Signature of pro se or counsel |

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 3/4/2015 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Darren M. Franklin | /s/ Darren M. Franklin |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Sheppard, Mullin, Richter & Hampton LLP
Address: 333 South Hope Street, 43rd Floor
City, State, ZIP: Los Angeles, CA 90071
Telephone Number: 213.620.1780
FAX Number: 213.620.1398
E-mail Address: dfranklin@sheppardmullin.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.