Form 8

FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Essociate, Inc. _____ v. Clickbooth.com, LLC _____

No. 15-1332, 15-1333 _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☑ As counsel for:    Clickbooth.com, LLC _____
                                        Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

|  |  |
|---|---|
| Name: | Richard B. Newman |
| Law firm: | Hinch Newman LLP |
| Address: | 1450 Broadway, 35th Floor |
| City, State and ZIP: | New York, NY 10018 |
| Telephone: | 212.756.8777 |
| Fax #: | 866.449.4897 |
| E-mail address: | rnewman@hinchnewman.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 03/11/2015 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes     ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/19/15 _____        _____
Date                    Signature of pro se or counsel

cc: _____

Reset Fields

123

Form 30

**FORM 30. Certificate of Service**

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 3/20/2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

Darren M. Franklin                     /s/ Darren M. Franklin
Name of Counsel                     Signature of Counsel

Law Firm   Sheppard, Mullin, Richter & Hampton LLP

Address   333 South Hope Street, 43rd Floor

City, State, ZIP   Los Angeles, CA 90071

Telephone Number   213.620.1780

FAX Number   213.620.1398

E-mail Address   dfranklin@sheppardmullin.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.